# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Morgan, Ronald G. | 2. Court or Organization<br><br>District Court-Southern Texas | 3. Date of Report<br><br>04/04/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| 600 East Harrison Street<br>Ste 204<br>Brownsville, TX 78520 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Tustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Ronald G.** | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trust #1 assets follow (H) | | | | | | | | | |
| 2. - Chevron | A | Dividend | J | T | | | | | |
| 3. - Microsoft | A | Dividend | K | T | | | | | |
| 4. - Republic Services | A | Dividend | K | T | | | | | |
| 5. - Insured Bank Program Stifel Nicolaus | A | Int./Div. | K | T | | | | | |
| 6. Intel Corp | A | Int./Div. | K | T | | | | | |
| 7. End of Trust #1 assets (H) | | | | | | | | | |
| 8. IRA and joint account assets (H) | | | | | | | | | |
| 9. Senomyx | | None | | | Sold | 11/07/18 | J | | |
| 10. Insured Bank Program Money Mkt Stifel Nicolaus | A | Int./Div. | K | T | | | | | |
| 11. Merck & Co | A | Int./Div. | K | T | | | | | |
| 12. Corning Inc. | A | Int./Div. | K | T | | | | | |
| 13. Bunge Limited | A | Int./Div. | J | T | | | | | |
| 14. Verizon | A | Int./Div. | | | Sold | 03/16/18 | J | | |
| 15. Energen | B | Int./Div. | | | Closed | 11/30/18 | L | | merged with Diamondback |
| 16. Mosaic Co. | A | Int./Div. | J | T | | | | | |
| 17. Power Shares Dynamic | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Ronald G.** | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Diamondback Energy Inc(x) | A | Int./Div. | K | T | Spinoff<br>(from line 15) | 10/30/18 | L | | shares from Energen |
| 19. | Nokia Corp. (x) | A | Int./Div. | J | T | Buy | 10/18/18 | J | | |
| 20. | VEECO Instruments Inc (x) | | None | J | T | Buy | 07/26/18 | J | | |
| 21. | Altria Group Inc (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 22. | American Electric Power Co. Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 23. | Amgen Inc.(x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 24. | Bank of Montreal (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 25. | Bce Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 26. | Caterpillar Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 27. | Chevron Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 28. | Cisco Systems Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 29. | Crown Castle Intl (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 30. | Duke Energy (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 31. | Johnson & Johnson (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 32. | Merck & Co. Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 33. | Microsoft Corp. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 34. | Nextera Energy Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Ronald G.** | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nucor Corp. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 36. Philip Morris Intl.(x) | | None | J | T | Buy | 04/09/18 | J | | |
| 37. Royal Dutch Shell Plc (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 38. Simon Property Group Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 39. Texas Instruments Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 40. Toronto-Dominion Bank (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 41. United Parcel Svc Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 42. Unitedhealth Group Inc. (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 43. US Bancorp Del (x) | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 44. End of IRA & joint account assets (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Ronald G.** | 04/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 15, in Part VII, Energen merged with Diamondback Energy, line 17, Part VII.  All assets of Energen werer transferred to Diamondback Energy.

All of the items previously excepted from report assets, listed in Part VII, lines 18 through 43, are assets acquired in 2018.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ronald G. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544